UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Antonio Balmoris Diaz,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and Ryan Shea, Sheriff of Freeborn County,<br><br>　　　　　Respondents. | Case No. 25-CV-4639 (KMM/ECW)<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Antonio B. by no later than December 19, 2025, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025); and

    e.    Respondents' view as to why Petitioner is not a member of the class established in *Maldonado Bautista et al v. Santacruz et al.*, 5:25-cv-01873-SSS-BFM, Doc. 82, at 15 (C.D. Cal. Nov. 25, 2025), and why he is not entitled to the declaratory relief granted to petitioners and the class in that action.

3.    If Petitioner intends to file a reply to respondents' answer, he must do so by no later than December 23, 2025.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: December 16, 2025                        *s/Elizabeth Cowan Wright*
                                                           ELIZABETH COWAN WRIGHT
                                                           United States Magistrate Judge