UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04639-KMM-ECW

Antonio Balmoris Diaz,

      Petitioner,

  v.

Pamela Bondi, et al.

      Respondents.

**ORDER**

Pursuant to the parties' stipulation, Dkt. No. 4, IT IS HEREBY ORDERED that Petitioner Antonio Balmoris Diaz's petition for a writ of habeas corpus is GRANTED, in part, as follows:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven business days of this order.
2. The Petition is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 22, 2025

                                          *s/Katherine M. Menendez*
                                          Katherine M. Menendez
                                          United States District Judge