# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Antonio Balmoris Diaz, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25cv4639 KMM/ECW |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Ryan Shea, | |
| Respondents. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Antonio Balmoris Diaz's petition for a writ of habeas corpus is GRANTED, in part, as follows:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven business days of this order.
2. The Petition is dismissed without prejudice.

Date:   12/31/25                                                                KATE M. FOGARTY, CLERK